# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

MARCIA ELAINE PERKINS,

                **Plaintiff,**

v.                                         **Case No. 06-C-1123**

STATE OF WISCONSIN DEPARTMENT
OF PROBATION AND PAROLE,
BRIDGET E. BOYLE, and RODNEY L. CUBBIE,

                **Defendants.**

## DECISION AND ORDER

The plaintiff in the above titled action filed objections to Magistrate Judge Aaron Goodstein's Recommendation to this Court to dismiss her case. The plaintiff filed a *pro se* complaint alleging that her son's attorneys and probation agent mistreated her son and were rude to her. The Magistrate Judge found that the claims were frivolous, denied her request for *in forma pauperis*, and recommended that the Court dismiss her case.

The Court has reviewed the record and arguments *de novo*, and adopts the Magistrate Judge's Recommendation.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT** Marcia Elaine Perkins' action against the Defendants is **DISMISSED**.

The clerk is directed to enter judgment and close this case accordingly.

Dated at Milwaukee, Wisconsin this ____ day of November, 2006.

                        **BY THE COURT:**

                        **s/Rudolph T. Randa**
                        **HON. RUDOLPH T. RANDA**
                        Chief Judge